David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Eleanor A. Butkiewicz

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Eleanor A. Butkiewicz,<br><br>          PLAINTIFF,<br><br>v.<br><br>Experian Information Solutions, Inc. and Synchrony Bank,<br><br>          DEFENDANTS. | CASE NO: 2:16-CV-00346-SPL<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

     PLEASE TAKE NOTICE that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate to dismiss Defendant Experian from this action, with prejudice, with each party to bear their own attorney's fees and

1  costs.  The parties request that all future deadlines and hearings be vacated as
2  Experian was the sole remaining defendant in this case.
3
4
                                                      **Kazerouni Law Group**
5
6
   Date: August 25, 2016                              By: /s/ Ryan L. McBride____
7                                                     Ryan L. McBride
8                                                     Attorney for Plaintiff
9                                                     **Jones Day**
10
11 Date: August 25, 2016                              By: /s/ Jennifer Sun____
12                                                    Jennifer Sun
                                                      Attorney for Experian
13                                                    Information Solutions, Inc.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HYDE & SWIGART**
**Phoenix, Arizona**